1

# United States District Court
# Central District of California

Rafael Pacheco, ET AL
Plaintiff(s)

v

County of Riverside, ET al
defendant(s)

Case Number
EDCV07-1389 JSL (VBK)

Motion

Third Amendent Complaint

To the honorable Judge of the above entilted court. On January 9 2008, the court issued a minute order advising plantiff the first amended complant did not cure the defect noted by the court. On April 15 2008 the court receved the plantiffs second amended complant but the court noted that plantiff failed aledge spific facts with respect to the defidents. The third Amended complant will set forth all facts and causes that supports deliberate indifferents

## Disscussion

2   In January 2007 the bullet moved its position and plantiff seeked medical attention. The first encounter plantiff experinced was with "Dr Andretta" and plantiff instinctfly informed "Dr Andretta" that the swelling and pain was due to the bullet. With no regard to assess the swelling, "Dr Andretta" told plantiff that she would not be able to treat plantiff but pain pills would be the only remendy and till I could reach a prison. It is oveobus at this point to see "Dr Andretta" did not care to provide any medical examation, only telling plantiff to "Take the pain and till he reached Prison".

On The next visit with the doctor, not only had the swelling gained in size but now was accompanyed by swelling and puss plus a leaky substance. Due to the doctor not examining the swelling it became more serious. Now "Dr Andretta" realized that it was serious enough for her to squeeze some of the fluid and needless to say prescribed Antiboitics. Before this accurence "Dr Andretta" neaglently lied about any other treatment to be offered so "Dr Andretta" perscribed Antiboitice. "Dr Andretta's" disregard for the wound did not warrent her to send plantiff to the hospital the second visit.

3

Needless to say not only did "Dr Andretta" fail to send plantiff to the hospital the secound visit as well as ignoring the fact that X-rays would have detormand what was the true cause of the pain and swelling. At the Secound Visit, I informened "Dr Andretta" Once more that the swelling and pain was due to a bullet that had been lodged extreamly close to my spine that was unable to be taken out at the time of the shoting. However After Informing "Dr Andretta" of the situation why the bullet was not taken out before now "Dr Andretta" went further to say "She does not bealive that a bullet was still lodged in plantiffs back" and Also "X-ray would not be needed at this time." "Dr Andretta" went forther to say "See what effat the antibotics would have on the swelling". I agian Informed "Dr Andretta" That X-rays would prove plantiffs complaints were ligetiment. At this point "Dr Andretta" became adgiated and ordered a deputy to escoart plantiff back to his cell.

<u>unknowen nurse orders X-rays</u>

4. Approximently one week from the day of the visit with "Dr Andretta", the wound became more painfull. Also the Antibotics did not cure the substance that leaked from the wound. Needless to say, plantiff went for another medical visit. Plantiff met with a unknowen medical nurse who informed plantiff that she would recamend X-rays. Approxmently one mounth later Plantiff was taken for X-Rays, however Plantiff did not receive any follow up treatment.

## Turned Away by hospital

On Febuary 2007, plantiff was taken to Moreno Valley hospital. With great concern, Plantiff beleved proceagures of the hospital were cruel and unusal punishment. A unknowen Doctor told plantiff that "his wound was serious and it need to be treated as soon as possible". The unknowen doctor went further to say "The Jail failed to compaly with admetance proceagures there fore the hospital had to turn plantiff away from being treated"

5  Upon this information that set forth on previous pages, Plantiff percives that Riverside robert presley detention center dileberdly failed to comply with hospital proceegers due to plantiff contuneious complaints to medical staff about the seriousness of his situation. Once the plantiff arrived back at robert presley detention center, plantiff informed a unknown pill call nurse that the antibotics were not working. She advised me to "Put in another medical slip." Needless to say I was not seen at all for approxmently five days. "Dr davia" realizing that I had been in and out of the medical office for several weeks told plantiff "I should not have come to Jail with preexisting wounds and further that the jail was so full that my wound was not life threating and that it would be a waste of time to the medical clenic". Needless to say I was sent back to my cell, ▓▓▓▓▓▓▓▓, despite the pain and suffering and intence swelling, each deffdent ignored and denied plantiffs medical need so plantiff thought that informing the judge of my medical situation and showing him the swelling of my back. He so ordered due to the severe sight of the wound that plantiff be seen by medical personal. Despite this minute order, weeks had passed and several more attemps to be seen by the doctor once more was utterly ignored by the medical staff who were unknown to the deffendant.

PLANTIFF

6

Needless to say, to my surprise I was called out to Moreno Valley hospital once more. Upon my arrival there a unknowen female doctor advised me that there was no X-Rays and despite plantiff's requesting "X-Rays to be taken in the hospital she informed me that inmates are supposed to have there file sent to the hospital if there were X-Rays taken in the Jail facilaty". But Sence she had no recoards and nothing indicating that X-Rays were taken also. She was not able to order X-Rays to be taken because I was in custedy and it was agnist polecy. However plantiff was sent back untreated. Due to the precegers of Moreno Valley hospital and the constant denial of Robert Presly detention Center to compaly with the procegers, I was denied care knowingly by the hospital because I was in coustdy.

### further denial at the county Jail

Due to the facts that set forth above Plantiff went back and filled out a medical slip and was called two or three days later. Once Plantiff arrived to the medical center plantiff was utterly denied by several unknowen nurses who alledge plantiff was a "nusence" and sent plantiff back to his cell.

7   Plantiff complyed but refused to lock down without treatment. Plantiff was thin informend by Riverside Sherff that the doctor would see him now if I steped into the Sallyport. Once I exited, Plantiff was idmewtly attacked by several unknowen Depety Sherriff and thay slamed and twisted Plantiff's arm showing no regaurd to Plantiff's situation. for the second time the depety's attacked Plantiff because Plantiff seeked medical attention. The first attack accored on 1/21/07. This second attack happen in mid feburary. This was the last hope Plantiff had to retrive treatment, despite how serious the wound became and my need for medical attention. Plantiff became scared and had lost all hope that he would ever be treated.

### Deprivation

On about february ▇ 2007 Plantiff was to appear on his criminal procedings, Sence Plantiff was frightened and intimiwated from any further attacks from these unknowen Depetys that labeled Plantiff as a "Complaner" and Also a "Nusence". On my way to court the proceger was to get chained first, So Plantiff informed a unknowen depety that I had a medical problem and could the chains not be placed on so tight. The depety got Angrey aledging that Plantiff was telling the depety how to do his Job, at this point the depety took things a step further and cross chained

8

Plantiff. despite Plantiff being in sevear pain, Plantiff indured the depth pervation to Plantiff's knees. Aproxmently eight thirty plantiff was called to court. While in court plantiff started expereinceing a sharp, painful stabing from the wound, which at this point plantiff informed the Depety of the court that there was something stabing plantiff and that plantiff would need to see a nurse. The court depety wanted to exaime the cause of the pain. Once plantiff reviled the wound, the bullet expelled its self from the wound. Photos where taken and the bullet was edmeted as eudence to the court

## Statement from Court

In, Cruz v. Beto, 405 U.S 319, 322 (1972) The court noted a complant should not be dissmised for failure to state a clam or realf salted. unless it apperes beyond a doubt that plantiff can't prove no sets of facts in support of his claim which would entitle him to relief.

## Supreme Court

Conley v Gibson, 355 U.S 41, 45-46 (1957) The Supreme Court said that in considering a moution to dissmiss, a pro se complaint should be less strict standards than a moution drafted by a lawyer

9

## Concluesion

Upon all the facts set forth on previous pages of this third Amenment Complaint, The court should consider all evdence prisented in this action, transcripts, court procedings, mowite orders that plantiff be seen by medical staff as well as frivilous disapline markers for plantiff's attempt to obtain medical attention. The actions describe in this third Amenment Complaint by the deffidents that thay denied, delayed and intentally failed to follow proceagers in a serious medical situtation

Hutchinson v. United States. 838.F,2d,390 394 (9th cir.1988)

With a abundence of caution the court should reconsider its recoardmadation to dissmiss plantiff's complant. Plantiff does realize that he is not a lawyer, but however a tramatic ordeal occured in 2007 to plantiff's medical situtation. Plantiff was denied medical treatment that was his right by eight amenment.

10

## Proff of service

I am over the age of eighteen years My address is North Kern State prison P.O Box 5000 Delano, CAlifornia 93216-5000

Executed under the penalty of perjury at North Kern State prison on May 8 2008

Sign P——— R———
Rafael Pacheco

# INMATE DISCIPLINARY ACTION

Inmate Name: _____ Bkg # _____ Housing Unit: _____

Date / Time of Incident: _____ / _____ Violation: _____
(Section Number & Title)

Description of Incident: _____

_____

_____

_____

_____

_____

_____

_____

Prior Rule Violations: _____

Reporting Officer: _____ _____ / _____
(Print Name & ID Number)                                          (Date)   (Time)

## INMATE WRITTEN NOTICE OF HEARING

Reviewing Officer's Recommendation: _____

Does inmate desire a hearing on this matter:      YES   NO

If hearing is desired, does inmate waive 24-hour notice:   YES   NO   Date / Time _____ / _____

Reviewing Officer: _____ Inmate Signature: _____
(Print Name & ID Number)

## INMATE DISCIPLINARY HEARING

Inmate Statement: _____

_____

Summary of Findings and Recommendation: _____

_____


Inmate agrees rule violated:                YES   NO

Inmate consent to action recommended:       YES   NO   Hearing Held: _____ / _____

Hearing Officer: _____   Inmate Signature: _____
(Print Name & ID Number)


Referred to Classification: _____ / _____   **APPROVE**   **MODIFY**   **REMAND**   **DISAPPROVE**
                            (Date)   (Time)

Commander / Designee: _____   _____

Distribution:   WHITE – Booking file, CANARY – Classification Officer, PINK – (Completed Hearing) Inmate, GOLDENROD – (Notice of Hearing) Inmate.

RSD Form 528 (Revised 07/03)

```
1/19/07                                                          Page:      2
------------------------------------------------------------------------------
Case Number : RIF133943         People vs. RAFAEL PACHECO
==============================================================================
      Motion Granted
      Court authorizes $1000.00 in ivestigator funds.
      Oral Motion By Defendant regarding different investigator for
      this case is called for hearing.
      Motion Granted
      Court appoints investigator Hector Gonzalez.
      Oral Motion By People regarding set bail at schedule w/ strike
      prior alleg.
      Argument by Defendant.
      Motion Denied.
      Motion for BAIL REVIEW is set on 01/24/2007 at  8:30 in
      Department 53.
      Oral Motion By Defendant regarding be seen by medical personnel
      is called for hearing.
      Motion Granted
      Defendant ordered to return on any and all future hearing dates.
      *****ATTN JAIL*******
      COURT ORDERS DEFENDANT BE SEEN BY MEDICAL
      PERSONNEL RE: BULLET IN HIS BACK************
      ****ATTN JAIL-DEFENDANT TO BE TRANSPORTED 1/24/07
      TO D53 AT 8:30 FOR BAIL HEARING*********
      Bail To Remain as fixed.
      Remains remanded to custody of Riverside Sheriff.
      Minute Order printed to Robert Presley Detention Center.
       **MINUTE ORDER OF COURT PROCEEDING**

                                                     Dispo
```

# Minutes

Home | Def. Status | Def. Info | Charges | Actions | **Minutes** | Probation | Case Report

Time Info

Defendant: 1 - PACHECO, RAFAEL ANGEL ▼ Of 2

Action: Hearing on Motion Re: DISCOVERY - 02/16/2007 ▼

Case RIF133943 Defendant 597745 ANGEL, PACHECO RAFAEL

Action:
  Date: N/A           Time: 8:30 AM
  Division: 53        Hearing Status: DISPOSED

HONORABLE ELISABETH SICHEL PRESIDING.
COURTROOM ASSISTANT: HAS-H. SMITH
COURT REPORTER: SL-S. LAYTON
PEOPLE REPRESENTED BY DEPUTY DISTRICT ATTORNEY B. STRUNSKY BY J.CHIRCO.
DEFENDANT REPRESENTED BY PRO PER.
DEFENDANT PRESENT.
MOTION BY DEFENSE REGARDING DISCOVERY IS CALLED FOR HEARING.
MOTION GRANTED
COURT ORDERS THE FOLLOWING:
OFFICER BOYDS REPORTS ARE TO BE MADE AVAILABLE
TO THE DEFENDANT/INVESTIGATOR.
PRELIMINARY TRANSCRIPT FROM HEARING ON 01/04/07
WAS GIVEN TO DEFENDANT IN COURT.
IN COURT DEFENDANT HAD A BULLET EXIT HIS BODY
AND THE BULLET WAS BOOKED INTO EVIDENCE. PHOTOS
WERE TAKEN IN COURT. COURT ORDERS THAT THE PEOPLE
AND THE DEFENSE INVESTIGATOR SHALL HAVE ACCESS

TO THE BULLET THAT EXITED THE DEFENDANTS BODY IN COURT TODAY.
HEARING ON 02/27/2007 AT 8:30 FOR TRC IN DEPT. 33 IS CONFIRMED.
DEFENDANT ORDERED TO RETURN ON ANY AND ALL FUTURE HEARING DATES.
BAIL TO REMAIN AS FIXED.
REMAINS REMANDED TO CUSTODY OF RIVERSIDE SHERIFF.

