UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAFAEL PACHECO, | ) No. ED CV 07-01389-DMG (VBK) |
| Plaintiff, | ) ORDER (1) ACCEPTING AND ADOPTING ) THE REPORT AND RECOMMENDATION OF |
| v. | ) THE UNITED STATES MAGISTRATE ) JUDGE, (2) GRANTING DEFENDANT |
| COUNTY OF RIVERSIDE, | ) COUNTY OF RIVERSIDE'S MOTION FOR ) SUMMARY JUDGMENT, AND (3) DENYING |
| Defendant. | ) PLAINTIFF'S MOTION FOR ) APPOINTMENT OF COUNSEL |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Third Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.[1]

---

[1] The Court notes that Plaintiff filed a "Motion for Appointment of Counsel and Notice of Change of Address" on December 22, 2010. [Doc. # 63] Having requested and received an extension of time to file his Opposition to Defendants' Motion for Summary Judgment in August 2010 [Doc. #s 58, 59], Plaintiff was on notice that his opposition to the underlying Motion for Summary Judgment was due on September 17, 2010. Plaintiff has not demonstrated excusable neglect for his failure to file any opposition to the Motion or Objections to the Magistrate Judge's Report and Recommendation. Nor has Plaintiff shown the "exceptional circumstances" necessary to justify the appointment of counsel. *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997). Therefore, Plaintiff's Motion for Appointment of Counsel is denied.

1     **IT IS THEREFORE ORDERED** that an Order be entered (1) approving and
2 adopting the Report and Recommendation; (2) granting Defendant County
3 of Riverside's Motion for Summary Judgment; and (3) directing that
4 Judgment be entered dismissing the Third Amended Complaint, and the
5 entire action, with prejudice.

7 DATED: December 29, 2010
        DOLLY M. GEE
8       UNITED STATES DISTRICT JUDGE

2