JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAFAEL PACHECO, | No. ED CV 07-01389-DMG (VBK) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF RIVERSIDE, | |
| Defendant. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Third Amended Complaint and entire action with prejudice.

DATED: December 29, 2010

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE